JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 467 -- IN RE ARTHUR TREACHER's FRANCHISEE LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/03/31 | 1 | MOTION, MEMORANDUM IN SUPPORT, SCHEDULE OF ACTIONS, CERT. OF SERVICE -- Plaintiffs Hager, Inc.; Magnesco Restaurants, Inc.; Irena Management, Inc., et al; and Plaintiff/Defendant Clipper Foods, Inc.; and Defendants A & B Management; Georgios D. Martinos; Dorothy Martinos; Spencer Vavas; Agostine Malerbra; Delmarva F. & C., Inc. and Robert Searles<br>SUGGESTED TRANSFEREE COURT:<br>SUGGESTED TRANSFEREE JUDGE:                    (cds) |
| 81/04/13 | | NOTICE OF APPEARANCES: FRANK H. GRIFFIN, III, ESQ. for Kenneth L. Horstmyer; JOHN M. ELLIOTT, ESQ. for Arthur Treacher's Fish & Chips, Inc. and Mrs. Paul's Kitchens, Inc.; PETER GRUENBERGER, ESQ. for Hager, Inc., Magnesco Restaurants, Inc., Irena Management, Inc., Iredio Management, Inc., Clipper Foods, Inc., A&B Mgmt., Georgios Martinos, Dorothy Martinos, Spencer Vavas, Agostine Malerba, Delmarva F&C Inc., Robert Searles, Arthur Treacher's Franchisee Association   (cds) |
| 81/04/15 | 2 | MOTION -- Arthur Treacher's Fish & Chips, Inc. and Mrs. Paul's Kitchens, Inc.<br>SUGGESTED TRANSFEREE DISTRICT: E. D. Pennsylvania<br>SUGGESTED TRANSFEREE JUDGE:<br>-- w/cert. of svc.           (emh) |
| 81/04/27 | | HEARING APPEARANCES -- Peter Gruenberger, Esq. for Hager Inc.; Magnesco Restaurants, Inc.; Irena Management, Inc.; Clipper Foods, Inc.; A&B Management; Georgios D. Martinos; Dorothy Martinos; Spencer Vavas; Agostine Malerba; Delmarva F. & C., Inc.; Robert Searles; Arthur Treacher's Franchisee Association; John M. Elliott, Esq. For Arthur Treacher's Fish & Chips, Inc. and Mrs. Paul's Kitchens, Inc.  (ds) |
| 81/04/27 | | WAIVER OF ORAL ARGUMENT -- Frank H. Griffin, III, Esq. for Kenneth L. Horsymyer    (ds) |
| 81/04/29 | 3 | RESPONSE/REPLY -- Franchisees' (Movnts No. 1) w/cert. of svc.                                              (rew) |
| 81/04/02 | | AMENDMENT TO HEARING ORDER FILED MARCH 23, 1981 -- Setting motion for Panel Hearing in Washington, D.C. on 4/30/81  (emh) |

JPML FORM 1A

DOCKET ENTRIES

p.2

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 467 -- In re Arthur Treacher's Franchisee Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/06/02 | | ~~CONSENT OF TRANSFEREE DISTRICT COURT for assignment of litigation to Judge John B. Hannum, E.D. Pa., for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. (eaf)~~ |
| 81/06/02 | | ~~TRANSFER ORDER -- transferring A-1 thru A-5 to be consolidated with A-6 thru A-9 in E.D. Pa. under Judge John B. Hannum for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. (eaf)~~ |
| 81/06/24 | | ~~CONDITIONAL TRANSFER ORDER FILED TODAY (1) B-10 Arthur Treacher's Fish & Chips v. Magee Industrial~~ |
| 81/06/02 | | CONSENT OF TRANSFEREE DISTRICT COURT for assignment of litigation to Judge John B. Hannum, E.D. Pa., for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. |
| 81/06/02 | | TRANSFER ORDER -- transferring A-1 thru A-5 to be consolidated with A-6 thru A-9 in E.D. Pa. under Judge John B. Hannum for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. (eaf) |
| 81/06/24 | | CONDITIONAL TRANSFER ORDER FILED TODAY (1) B-10 Arthur Treacher's Fish & Chips v. Magee Industrial Enterprises, M.D. Pa., C.A. No. 81-0728 -- Notified counsel & Judges. (rew) |
| 81/07/08 | 4 | NOTICE OF OPPOSITION (B-10 Arthur Treacher's Fish & Chips v. Magee Industrial Enterprises, et al., M.D. Pa., C.A. No. 81-0728) -- Arthur Treacher's Fish & Chips, Inc. -- w/cert. of svc. (emh) |
| 81/07/17 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-12 Cortmac, Inc. v. Arthur Treacher's Fish & Chips, Inc., et al., N.D.N.Y., 81-CV-627. Notified involved counsel and judges. (eaf) |
| 81/07/23 | 5 | MOTION TO VACATE, BRIEF, CERT. OF SVC. -- B-10 Arthur Treacher's Fish & Chips, Inc. v. Magee Ind. Enterprises, Inc., etal., M.D. Pa., C.A.No. 81-0728. (eaf) |
| 81/08/04 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-12 Cortmac, Inc. v. Arthur Treacher's Fish & Chips, Inc., et al., ~~N.D.N.Y., 81-CV-627 -- Not. inv. & C~~ N.D.N.Y., 81-CV-627 -- Not. inv. judges and clerks (cds) |
| 81/08/06 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-13 Worcester Quality Foods, Inc. v. Arthur Treacher's Fish & Chips, Inc., et al., D.Mass., 81-0215-F -- Notified involved counsel and judges. (eaf) |
| 81/08/07 | 6 | RESPONSE -- Defendants Magee Industrial Enterprises, Inc. and M.I.E. Hospitality, Inc. -- w/Brief, Exhibits A & B and cert. of service (cds) |
| 81/08/18 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- C-13 Worcester Quality Foods, Inc. v. Arthur Treacher's Fish & Chips, Inc., et al., D. Mass., 81-0125-F -- Notified involved clerks, judges and counsel. (eaf) |

JPML No. 467

OPINIONS AND ORDERS

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

No. 467        p. 3

| | |
|---|---|
| 81/08/26 | HEARING ORDER -- Setting opposition of Arthur Treacher's Fish & Chips, Inc. re (B-10 Arthur Treacher's Fish & Chips v. Magee Industrial Enterprises, et al., M.D. Pa., C.A. No. 81-0728) for hearing on Sep. 24, 1981, in Concord, New Hampshire -- Notified involved counsel, judges and clerks. (rew) |
| ~~81/09/16~~ | ~~HEARING APPEARANCES for Hearing Held on September 14, 1981~~ |
| 81/09/16 | WAIVER OR ORAL ARGUMENT for Hearing Held on September 24, 1981 -- Frank H. Griffin, III, Esq. for Kenneth L. Horstmyer; John E. McKeever, Esq. for Magee Industrial Enterprises, Inc. and M.I.E. Hospitality, Inc.; John F. Stoviak, Esq for Arthur Treacher's Fish & Chips, Inc. and Mrs. Paul's Kitchens, Inc.; Timothy W. Callahan, II, Esq. (waived) (ds) |
| 81/10/02 | TRANSFER ORDER -- B-10 Arthur Treacher's Fish & Chips, Inc. v. Magee Industrial Enterprises, Inc., M.D.Pa., 81-0728 -- transferring case to E.D.Pa. for coordinated or consolidated pretrial proceedings. Notified involved clerks, judges and counsel. (eaf) |

JPML Form 1

Revised: 8/78

DOCKET NO. 467 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE ARTHUR TREACHER'S FRANCHISEE LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| April 30, 1981 | June 2, 1981 | TO | | E.D. Pa. | John B. Hannum | |

Special Transferee Information

DATE CLOSED: 7/10/82

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. __467__ -- IN RE ARTHUR TREACHER'S FRANCHISEE LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Hager Inc. v. Arthur Treacher's Fish & Chips, Inc., et al. | E.D.N.Y. Pratt | 81 Civ. 0788 | JUN 2 1981 | 81-2576 | 6/8/80 D | |
| A-2 | Magnesco Restaurants, Inc. v. Arthur Treacher's Fish & Chips, Inc., et al. | S.D.N.Y. Sand | 81 Civ. 1687 | JUN 2 1981 | 81-2570 | 6/8/80 D | |
| A-3 | Irena Management, Inc., et al. v. Arthur Treacher's Fish & Chips, Inc., et al. | D.Md. Harvey | H-81 Civ. 576 | JUN 2 1981 | 81-2475 | 6/8/80 D | |
| A-4 | Clipper Foods, Inc. v. Arthur Treacher's Fish & Chips, Inc., et al. | D.Md. Harvey | 81 Civ. 520 | JUN 2 1981 | 81-2474 | 6/8/80 D | |
| A-5 | KIZ Fish & Chips, Inc. v. Arthur Treacher's Fish & Chips, Inc., et al. | N.D.Ohio White | 81 Civ. 516 | JUN 2 1981 | 81-2821 | 6/8/80 D | |
| A-6 | Arthur Treacher's Fish & Chips, Inc. v. A & B Management Corp., et al. | E.D.Pa. Hannum | 80 Civ. 3378 | | | 6/8/82 D | |
| A-7 | Arthur Treacher's Fish & Chips, Inc. v. Georgios D. Martinos, et al. v. Mrs. Paul's Kitchens, Inc. | E.D.Pa. Hannum | 80 Civ. 2701 | | | 6/8/82 D | |
| A-8 | Arthur Treacher's Fish & Chips, Inc. v. Arthur Treacher's Franchisee Association, et al. | E.D.Pa. Hannum | 80 Civ. 3625 | | | 6/8/82 D | |
| A-9 | Arthur Treacher's Fish & Chips, Inc. v. Arthur Treacher's Franchisee Association, et al. | E.D.Pa. Hannum | 81 Civ. 1085 | | | 8/18/82 D | |
| B-10 | Arthur Treacher's Fish & Chips, Inc. v. Magee Industrial Enterprises, Inc., et al. 6/24/81  OPPOSED JUL 8 1981 | M.D.Pa. Nealon | 81-0728 | OCT 2 1981 | 81-4302 | 2/19/82 D | |

DOCKET NO. 467 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-11 | M.I.E. Hospitality, Inc. v. Arthur Treacher's Fish & Chips, Inc., et al. | E.D.Pa. | 81-2468 | | | 2/19/82 D | |
| C-12 | Cortmac, Inc. v. Arthur Treacher's Fish & Chips, Inc., et al. 7/17/81 | N.D.N.Y. | 81-CV-627 | 5/1/81 | 81-3580 | 6/8/82 D | |
| C-13 | Worcester Quality Foods, Inc. v. Arthur Treacher's Fish & Chips, Inc., et al. ~~trans to Pa.E~~ trans to Pa E  5/10/81 | Pa.E ~~D. Mass.~~ ~~Freedman~~ | 81-0215-F | | 81-3173 | 6/8/80 D | 8/18/81 pending Pa $140 order |
| XYZ-14 | Arthur Treacher's Fish & Chips, Inc. v. Arthur Treacher's of New England, Inc., et al. | E.D.Pa. | 81-4509 | | | 7/16/82 | |
| XYZ-15 | Arthur Treachers v. Michael F. Reid, et al. | E.D.Pa. | 80-3683 | | | 1/13/82 D | |
| XYZ-16 | Arthur Treachers v. ICLAID Enterprises | E.D.Pa. | 80-3682 | | | 1/13/82 D | |
| XYZ-17 | Arthur Treachers Fish & Chips v. Martinos, Giorgios, et al. | E.D.Pa. | 82-0043 | | | 6/8/82 D | |

July 1982 - 7 TR; 10 1/1/2; 4 Dis; 13 Pdg
July 1983 - Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 467 -- In re Arthur Treacher's Franchisee Litigation

---

HAGER INC. (A-1)
MAGNESCO RESTAURANTS, INC. (A-2)
IRENA MANAGEMENT, INC., ET AL. (A-3)
CLIPPER FOODS, INC. (A-4)
A & B MANAGEMENT
GEORGIOS D. MARTINOS
DOROTHY MARTINOS
SPENCER VAVAS
AGOSTINE MALERBA
DELMARVA F. & C., INC.
ROBERT SEARLES /CORTMAC, INC. (C-12)
ARTHUR TREACHER'S
FRANCHISEE ASSOCIATION
Peter Gruenberger, Esq.
Weil, Gotshal & Manges
767 Fifth Avenue
New York, New York   10153

KIZ FISH & CHIPS, INC. (A-5)
NO APPEARANCE RECEIVED
Steven A. Freedman, Esq.
Law Office of Carl F. Gillombardo, Jr.
940 Leader Building
Cleveland, Ohio   94114

ARTHUR TREACHER'S FISH & CHIPS, INC.
   (A-6 through A-9) (B-10)
MRS. PAUL'S KITCHENS, INC.
John M. Elliott, Esq.
2600 The Fidelity Building
Philadelphia, Pennsylvania   19109

KENNETH L. HORSTMYER
Frank H. Griffin, III, Esq.
3400 Centre Square West
1500 Market Street
Philadelphia, Pennsylvania   19102

ATCO, LTD.
JEFFREY ENTERPRISES OF KENTUCKY, INC.
FRED JEFFREY
Steven Kapustin, Esq.
Kramer and Salus
1520 Locust Street
7th Floor
Philadelphia, PA   19102

MAGEE INDUSTRIAL ENTERPRISES, INC.
M.I.E. HOSPITALITY, INC.(deft. in B-10)
Otis W. Erisman, Esquire
Schrader, Harrison, Segal & Lewis
1719 Packard Bldg.
Philadelphia, Pa.   19102

WORCESTER QUALITY FOODS, INC. (C-13)
Seymour Weinstein, Esquire
Burwick & Burwick
370 Main Street
Worcester, Mass.   01608

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 467 -- IN RE ARTHUR TREACHER'S FRANCHISEE LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Arthur Treacher's Fish & Chips, Inc. | A-1, 2, 3, 4, 5, 8, 9, C-10, C-12 C-13 |
| Arthur Treacher's Franchisee Association | A-8, 9 |
| Mrs. Paul's Kitchen, Inc. | A-1, 2, 3, 4, 5, 6, 7, C-10, C-12 C-13 |
| A & B Management Corp. | A-6 |
| Georgios D. Martinos | A-7 |
| Dorothy Martinos | A-7 |
| A. T. Franchisee Assocition | A-9 |
| Spencer Vavas | A-8, 9 |
| Agostine Malerba | A-8, 9 |
| Delmarva F. & C., Inc. | A-8, 9 |
| Robert Searles | A-8, 9 |

p. _____

| | |
|---|---|
| KENNETH L. HORSTMYER | A-8 A-9 |
| ATCO LTD | A-8 A-9 |
| JEFFREY ENTERPRISES OF KENTUCKY | A-8 A-9 |
| FRED JEFFREY | A-8 A-9 |
| Magee Intl. Ent | B-10 |
| MIA Hosp. Inc | B-10 |
| | |
| | |
| | |
| | |